COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Richard Alan Haase v. Deutsche Bank National Trust Company

Appellate case number:   01-20-00854-CV

Trial court case number: 07-DCV-161177

Trial court:             400th District Court of Fort Bend County

On January 20, 2022, Appellants RICHARD ALAN HAASE and Richard Alan Haase filed an "Amended Motion for Ruling to Require Trial Court to State Findings of Fact and Conclusions of Law." The motion also requests that this appeal be abated until the trial court issues findings of fact and conclusions of law for "both Summary Judgments and Nunc Pro Tunc Orders in the Underlying Cause."[1] We **deny** the motion.[2] *See* TEX. R. CIV. P. 296.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date: January 25, 2022

---

[1]   The exhibits to the motion include a "Request for Findings of Fact and Conclusions of Law" for the judgments nunc pro tunc issued on November 8, 2021 and December 1, 2020 and the summary judgment issued on February 20, 2019 and a "Notice of Past Due Findings of Fact and Conclusions of Law" for the three judgments.

[2]   We note that on May 4, 2021, this Court issued an order denying a Motion for Trial Court to State Findings of Fact and Conclusions of Law in connection with the trial court's summary judgments of February 20, 2019 and March 7, 2019 and the trial court's judgment nunc pro tunc of December 1, 2020. The panel denied a motion for rehearing on June 3, 2021 and the en banc Court denied a motion for rehearing on July 1, 2021.